## BROWN *v.* THE STATE.

ATKINSON, Justice. There being no complaint of any error committed on the trial, and the evidence being sufficient to authorize the verdict, the judgment refusing a new trial will not be disturbed. *Canida* v. *State,* 130 *Ga.* 15 (2) (60 S. E. 104) ; *Stone* v. *State,* ante, 223.

*Judgment affirmed. All the Justices concur.*

No. 10273. FEBRUARY 12, 1935.

*Harvey Hill* and *Walter Hall,* for plaintiff in error.

*M. J. Yeomans, attorney-general, John A. Boykin, solicitor-general, B. D. Murphy, J. T. Goree, E. J. Clower, J. W. LeCraw,* and *John H. Hudson,* contra.